**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NOS. 8:03CR188** |
| **Plaintiff,** | ) | |
| vs. | ) | **JUDGMENT** |
| **JOEL ADAME,** | ) | |
| **Defendant.** | ) | |

Pursuant to the Memorandum and Order issued on this date,

IT IS ORDERED that the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 161) is summarily denied.

DATED this 8th day of June, 2005.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge