**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                           )<br>            Plaintiff,                             )<br>                                                           )<br>vs.                                                    )<br>                                                           )<br>JOEL ADAME,                                  )<br>                                                           )<br>            Defendant.                         ) | CASE NO. 8:03CR188<br><br><br>ORDER |

This matter is before the Court on the Defendant's pro se motion to eliminate enhancements and reduce his sentence (Filing No. 181).

Procedurally, this matter is now before the Eighth Circuit court of Appeals, which is reviewing this Court's denial of the certificate of appealability. Therefore, this Court lacks jurisdiction to decide the instant motion.

IT IS ORDERED that the Defendant's pro se motion to eliminate enhancements and reduce his sentence (Filing No. 181) is denied.

DATED this 20th day of January, 2006.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge